UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EARL L. HALL,
2. RENITA L. BLUNT,
3. ERIC G. ADAMS,
4. CONSLYN L. HALL,
5. JERMAINE L. HALL,
6. TERRANCE R. WRAY,
7. DEMETRIUS L. HARPER, and
8. **COREY D. LADSON**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the change of plea hearing set for **Tuesday, August 17, 2010 at 9:30 a.m. is VACATED and RESET to Monday, August 30, 2010 at 9:00 a.m.**

    Dated: July 14, 2010