**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.   COREY D. LADSON,

    Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 58-61 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 58-61 of the Indictment (doc. #361), filed February 15, 2011.  The Court having reviewed the file and the motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 58-61 of the Indictment (doc. #361), filed February 15, 2011, is **GRANTED.**  It is further

ORDERED that Counts 58-61 of the Indictment are dismissed with prejudice as to Defendant Corey D. Ladson, only.

Dated this 17th day of February, 2011.

                                    BY THE COURT:


                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE